IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC ORLANDO FOWLER,

    Plaintiff,

v.                          CASE NO. 4:25cv29-RH-ZCB

SCOTT DUVALL et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 6 I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged he is in imminent danger of serious physical injury. The objections do not deny this. The filing fee was due when the case was filed. Under the law of the circuit, dismissal is proper despite the plaintiff's belated tender of the filing fee. *See Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002).

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on February 17, 2025.

s/Robert L. Hinkle<br>United States District Judge